UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROUNDPOINT MORTGAGE
SERVICING CORPORATION,

    Plaintiff,

v.                                    Case No: 2:17-cv-317-FtM-99CM

JAMIE LYNN HARRINGTON and
LORI JENE HARRINGTON,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion for Substitution of Party-Defendant (Doc. 19) filed on October 12, 2017. On August 15, 2017, Defendants filed a Suggestion of Death, notifying of the death of Defendant Lori Jene Harrington. Doc. 16. Plaintiff seeks to dismiss Defendant Lori Jene Harrington as a party and substitute as a party defendant Larry Harrington, personal representative of the estate of Defendant Lori Jene Harrington. Doc. 19. Defendants do not oppose the requested relief. *Id.* at 2. Rule 25(a)(1) of the Federal Rules of Civil Procedure states "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). Pursuant to Rule 25(a)(1), the Court will grant the motion.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion for Substitution of Party-Defendant (Doc. 19) is **GRANTED**.

2. The Clerk of Court is directed to terminate Lori Jene Harrington as a party defendant and edit the docket to reflect Larry Harrington, personal representative of the estate of Lori Jene Harrington, as a defendant. The caption of all future filings in this case also should so reflect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of October, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record